**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TINA ALEXANDER, ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> NEVADA HIGHWAY PATROL, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:13-cv-00397-RCJ-NJK <br><br> ORDER SETTING HEARING <br> ON MOTION TO WITHDRAW <br> AS COUNSEL <br><br> (Docket No. 5) |

 Pending before the Court is a motion to withdraw as attorney. Docket No. 5. The Court hereby sets a hearing on that motion for June 25, 2013 at 2:30 p.m. in Courtroom 3A. Plaintiff is ORDERED to appear at the hearing personally. There will be no exception to this requirement. Moreover, Plaintiff's counsel is ORDERED to notify her of this order immediately and to file a proof of service no later than June 24, 2013 at noon.

 Attorneys are only able to withdraw after appearing in a case by leave of Court. Local Rule IA 10-6(b). The pending motion provides no reason supporting the request. Accordingly, counsel shall be prepared to discuss at the hearing the reasons supporting the request.

 IT IS SO ORDERED.

 DATED: June 20, 2013

 _____
 NANCY J. KOPPE
 United States Magistrate Judge