# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TINA ALEXANDER,<br><br>           Plaintiff(s),<br><br>vs.<br><br>NEVADA HIGHWAY PATROL, et al.,<br>           Defendant(s). | Case No. 2:13-cv-00397-RCJ-NJK<br><br>ORDER SETTING HEARING ON<br>MOTION TO WITHDRAW<br><br>(Docket No. 9) |

    Pending before the Court is a motion to withdraw as attorney. Docket No. 9. The Court hereby sets a hearing on that motion for July 29, 2013, at 3:00 p.m. in Courtroom 3A. Plaintiff is required to attend the hearing. There will be no exception to that requirement.

    The Court further orders Plaintiff's counsel to serve this order on Plaintiff no later than July 13, 2013, and to file a proof of service with the Court no later than July 17, 2013.

    IT IS SO ORDERED.

    DATED: July 11, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge