1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

10  TINA ALEXANDER,                                    )

11                          Plaintiff(s),              )     Case No. 2:13-cv-00397-RCJ-NJK
                                                       )
12  vs.                                                )     ORDER SETTING HEARING ON
                                                       )     MOTION TO WITHDRAW
13  NEVADA HIGHWAY PATROL, et al.,                     )
                          Defendant(s).                )     (Docket No. 9)
14  _____  )

15          Pending before the Court is a motion to withdraw as attorney.  Docket No. 9.  The Court

16  hereby sets a hearing on that motion for July 29, 2013, at 3:00 p.m. in Courtroom 3A.  Plaintiff is

17  required to attend the hearing.  There will be no exception to that requirement.

18          The Court further orders Plaintiff's counsel to serve this order on Plaintiff no later than July

19  13, 2013, and to file a proof of service with the Court no later than July 17, 2013.

20          IT IS SO ORDERED.

21          DATED:  July 11, 2013

22

23          _____

24          NANCY J. KOPPE
            United States Magistrate Judge

25

26

27

28