1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TINA ALEXANDER, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00397-RCJ-NJK |
| vs. | ) | ORDER |
| NEVADA HIGHWAY PATROL, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to withdraw as counsel, on which the Court has set a hearing for July 29, 2013.  Docket No. 10.  The Court received a telephone call from Plaintiff indicating that she had been told by her lawyers to contact the undersigned regarding that hearing. Plaintiff has also telephoned chambers previously regarding her attorneys' request to withdraw.  *See, e.g.*, Docket No. 8.  The Court reminds counsel and Plaintiff that they are not permitted to make *ex parte* communications with the Court.  *See* Local Rule 7-6 ("Neither party nor counsel for any party shall make an *ex parte* communication with the Court except as specifically permitted by these Rules.").  The undersigned and her staff will not discuss the upcoming hearing with Plaintiff over the telephone.  The Court hereby **ORDERS** Plaintiff's counsel to inform Plaintiff to cease telephoning chambers.

The Court further reminds Plaintiff's counsel that they remain Plaintiff's attorneys of record in this matter until such time as the Court grants their motion to withdraw.  To the extent Plaintiff has questions regarding the hearing set for July 29, 2013, those questions are properly directed to counsel and not to the Court.  To the extent Plaintiff seeks relief from the Court, such as a request to

1  appear telephonically at the upcoming hearing, Plaintiff's counsel shall file on the docket a motion

2  seeking such relief.  To the extent Plaintiff seeks to inform the Court of facts related to the motion to

3  withdraw, such as her non-opposition to it, Plaintiff's counsel shall file on the docket a declaration

4  or other appropriate document or, alternatively, Plaintiff may relay that information to the Court at

5  the scheduled hearing.

6         Failure to comply with this order may subject Plaintiff and/or Plaintiff's counsel to sanctions.

7         IT IS SO ORDERED.

8         DATED:   July 12, 2013

9

10                                    _____

11                                    NANCY J. KOPPE
                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28