# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TINA ALEXANDER,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>NEVADA HIGHWAY PATROL, et al.,<br><br>　　　　Defendant(s). | Case No. 2:13-cv-00397-RCJ-NJK<br><br>ORDER GRANTING MOTION<br>TO WITHDRAW AS COUNSEL<br>(Docket No. 9) |

　　　　Pending before the Court is a motion to withdraw as counsel filed by Plaintiff's attorneys. Docket No. 9. The Court set a hearing for that motion for July 29, 2013. Docket No. 10. The Court has received a notice from Plaintiff that she does not oppose the motion. Docket No. 13. For good cause shown, the Court **GRANTS** that motion to withdraw and **VACATES** the hearing set for July 29, 2013. Not later than July 29, 2013, Plaintiff's withdrawing counsel of record is **ORDERED** to serve this order on Plaintiff and to file a proof of service.

　　　　The Court reminds Plaintiff that parties appearing without counsel are required to abide by the rules and orders of the Court. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). That includes meeting all of the relevant deadlines, including the deadline to serve the complaint on the opposing party. *See* Fed. R. Civ. P. 4(m); *see also* Fed. R. Civ. P. 4(l) (requiring filing of proof of service). Failure to abide by the rules and/or orders of the Court may result in severe sanctions, including dismissal of a party's claims. The Court further reminds Plaintiff that the undersigned and her staff are not able to give her legal advice and Plaintiff is not to contact the undersigned's chambers.

IT IS FURTHER ORDERED that the Clerk of the Court shall:

1. Add the last known address of Plaintiff to the civil docket:

    Tina Alexander
    5826 Berry Hill Lane
    North Las Vegas, Nevada 89031

2. Serve Plaintiff with a copy of this order at its last known addresses listed above.

IT IS SO ORDERED.

DATED: July 22, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge