# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Tina Alexandar,

    Plaintiff

    v.

Nevada Highway Patrol et al.,

    Defendants

Case No.: 2:13-cv-00397-JAD-NJK

**Order Adopting Report and Recommendation [Doc. 21] and Dismissing without Prejudice**

    Before the Court is Magistrate Judge Nancy J. Koppe's Report and Recommendation regarding Plaintiff's failure to update her address, to serve her complaint on Defendants, and to respond to a Court order to show cause. The Report was entered October 8, 2013. Objections were due October 25, 2013. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections to the Report and Recommendation.

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Koppe's Report and Recommendation **[Doc. 21]** is **ACCEPTED**.

It is further ORDERED that this action is **DISMISSED** without prejudice.

DATED November 19, 2013.

_____
Jennifer A. Dorsey
United States District Judge